IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | |
| v.    § § § § | CASE NUMBER 1:24-CR-00065-1-MJT |
| SANTANA DEANGELO POWELL § § | |

**ORDER ADOPTING FINDINGS OF FACT AND RECOMMENDATION
ON DEFENDANT'S GUILTY PLEA**

The Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for administration of a guilty plea under Rule 11 of the Federal Rules of Criminal Procedure. Judge Stetson conducted a hearing in the form and manner prescribed by Federal Rule of Criminal Procedure 11 and issued her Findings of Fact and Recommendation on Guilty Plea Before the United States Magistrate Judge. Judge Stetson recommended that the Court accept the Defendant's guilty plea. She further recommended that the Court adjudge the Defendant guilty on Counts One and Three of the Indictment filed against the Defendant.

The parties have not objected to the magistrate judge's findings. The Court orders that the Findings of Fact and Recommendation on Guilty Plea of the United States Magistrate Judge are adopted. The Court accepts the Defendant's plea but defers acceptance of the plea agreement until after review of the presentence report.

It is further ordered that, in accordance with the Defendant's guilty plea and the magistrate judge's findings and recommendation, the Defendant, Santana Deangelo Powell, is adjudged guilty as to Counts One and Three of the Indictment charging violations of 21 U.S.C. §

841(a)(1)—Possession with the Intent to Distribute a Controlled Substance and 18 U.S.C. § 924(c)(l)(A)(i)—Using and Carrying a Firearm in Furtherance of a Drug Trafficking Crime.

**SIGNED this 24th day of April, 2025.**

                                                                             */s/ Michael J. Truncale*
                                                                             Michael J. Truncale
                                                                             United States District Judge